O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JEFFREY McLEOD,

                    Petitioner,

        v.

NEIL McDOWELL,

                    Respondent.

Case No.  CV-15-06466-MWF (KES)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  "No objections to the Report and Recommendation were filed." The Court accepts the findings and recommendations of the Magistrate Judge.

        IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: March 9, 2017

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE