1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY McLEOD,

    Petitioner,

 v.

NEIL McDOWELL,

    Respondent.

Case No.  CV-16-06466-MWF (KES)

**JUDGMENT**

  Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  March 9, 2017

_____

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE